| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 18, 2019
David J. Bradley, Clerk

RooR International BV, *et al.*, §
§
　　　　Plaintiffs, §
§
*versus* § Civil Action H-18-3708
§
290 Smoke Shop, §
§
　　　　Defendant. §

## Conditional Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice. (21)

2. By July 31, 2019, the parties may move for reinstatement.

Signed on July **18**, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　　United States District Judge