United States District Court
Southern District of Texas
**ENTERED**
August 06, 2019
David J. Bradley, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

RooR International BV, *et al.*, § §
§
        Plaintiffs, §
§
*versus* §     Civil Action H-18-3708
§
290 Smoke Shop, §
§
        Defendant. §

## Final Dismissal

Neither party having moved for reinstatement, this case is dismissed.

Signed on August __6__, 2019, at Houston, Texas.

                                            Lynn N. Hughes
                                       United States District Judge